UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ike Elias,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Wynn Las Vegas LLC,<br><br>　　　　　Defendant(s). | 2:23-cv-02111-ART-BNW<br><br>**ORDER DENYING MOTION TO COMPEL (ECF NO. 114)** |

Pro se plaintiff Ike Elias filed a *Motion to Compel* ("Motion") a settlement conference. *ECF No. 114*. The Court **DENIES** the Motion.

The Clerk of Court randomly assigned the undersigned as the evaluating judge to the Early Neutral Evaluation ("ENE") Program. *ECF No. 17*. The Court granted the defendants' motion to stay the ENE, so the Court has not held an ENE in this case. Plaintiff now moves to compel an ENE. *ECF No. 114*. The defendant argues in its opposition that it has no interest in participating in a settlement conference. *ECF No. 115*. Given the parties polarizing positions, the Court determines that an ENE would not be productive or effective use of judicial resources. The Court thus denies plaintiff's Motion.

**IT IS ORDERED** that plaintiff's *Motion to Compel* (ECF No. 114) is **DENIED.**

Dated: December 16, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and

1

recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**